UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTO MELENDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF PERTH AMBOY; PERTH AMBOY POLICE DEPARTMENT; LUIS CORRO In His Official Capacity as Sergeant of The Perth Amboy Police Department; OFFICER JORGE E. FIGUEROA, BADGE # UNKNOWN; JOHN DOE 1-10; AND STATE AGENCY 1-10,<br><br>　　　　　Defendants. | Case No. 2:25-cv-02082-KSH-CLW<br><br>**PRETRIAL SCHEDULING ORDER** |

　　　　**THIS MATTER** having come before the Court having come before the Court upon the Parties' joint request for an extension of discovery, and the Parties having submitted a letter request to the Court on January 6, 2026, and for good cause shown,

　　　　IT IS on this __16th__ day of __January__, 2026.

　　　　**ORDERED THAT** the next event in this matter will be __*SEE DOCKET__; and

　　　　**FURTHER ORDERED** that this matter will proceed as follows:

1.　**Fact Discovery Deadline**. Fact discovery is to remain open through March 16, 2026. All fact witness depositions must be completed by the close of fact discovery. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2.　**Motions to Add New Parties**. Any motion to add new parties, whether by amended or third-party complaint, must be electronically filed no later than February 20, 2026.

3.　**Motions to Amend Pleadings**. Any motion to amend pleadings must be electronically filed no later than February 20, 2026.

4.　**Rule 26 Disclosures**. The parties have exchanged disclosures pursuant to Rule 26.

5.　**Interrogatories**. The parties have served and responded to written Interrogatories.

6. **Document Requests.** The parties have served and responded to written requests for documents.

7. **Depositions**. The Deposition of Officer Adrian Reynoso will take place on January 30, 2026. The noticed date for Plaintiff Justo Melendez Deposition is on January 23, 2026. The number of depositions to be taken by each side shall not exceed <u>five (5)</u>, subject to any party's request for an increased number of depositions in the event that completion of written discovery or the depositions reveal the need for additional depositions, the parties will advise the Court.

8. **Electronic Discovery**. The parties are directed to Rule 26(f), as amended, which, *inter alia*, addresses preservation of discoverable information, discovery of electronically stored information, and claims of privilege or work product protection. The parties are also directed to Local Civil Rule 26.1(d) which describes the obligations of counsel with regard to their clients' information management systems.

9. **Discovery Disputes**. Please refer to the Court's Civil Case Management Order.

10. **Motion Practice**. Please refer to the Court's Civil Case Management Order.

11. **Expert Reports**. All affirmative expert reports shall be delivered by <u>June 1, 2026.</u> All responsive expert reports shall be delivered by <u>July 15, 2026</u>. Depositions of all experts to be completed by <u>October 15, 2026</u>.

12. **Form and Content of Expert Reports**. All expert reports must comport with the form and content requirements set forth in Rule 26(a)(2)(B). No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in the expert's report.

13. **Extensions and Adjournments**. Please refer to the Court's Civil Case Management Order.

14. **Protective Orders**. Any proposed confidentiality order agreed to by the parties must strictly comply with Rule 26(c), Local Civil Rule 5.3, and applicable case law. Please also refer to the Court's Civil Case Management Order.

15. **Local Rules.** The parties are directed to the Local Civil Rules for any other matter not addressed by this Order or the Court's Civil Case Management Order.

16. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY OTHER ORDERS MAY RESULT IN SANCTIONS.**

FREEMAN & PATEL, LLC

*/s/ Hamill Patel*

Hamill Patel, Esq.
Attorneys for Plaintiff – Justo Melendez


PRB Attorneys at Law, LLC


*/s/ Timothy C. Alexander*
Timothy C. Alexander, Esq.
Attorneys for Defendant

    *s/Cari Fais*
**CARI FAIS United States Magistrate Judge**